AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

MICHAEL McCALL,                                         JUDGMENT IN A CIVIL CASE

        Plaintiff,

   v.

                                  CASE NUMBER:  C10-5179RBL

BARBARA MADSEN, CHARLES JOHNSON, RICHARD SANDERS, SUSAN OWENS, JAMES JOHNSON, SUSAN DREYFUSS

        Defendants.

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED** and his proposed Complaint is **DISMISSED.**

DATED :

                                                      BRUCE  RIFKIN
                                        *Clerk*

                                        /s/   *Mary Trent*
                                   *(By) Deputy Clerk*, Mary Trent